Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

FREDERIC B. SHIPLEY, Respondent, v. JOSHUA HOYLE & SONS, LTD., INC:, and Another, Appellants, Impleaded with Others, Defendants.— Order so far as appealed from reversed, with ten dollars costs and disbursements, and motion for the production and discovery and inspection of books and papers denied. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

JANE TOPLEY (Formerly JENNIE M. OPPENHEIM), Appellant, v. MYRON H. OPPENHEIM, Respondent.— Order affirmed. No opinion. Present — Clarke; P. J., Dowling, Finch, McAvoy and Martin, JJ.

JEANETTE LEVINE, Respondent, v. INTERBOROUGH RAPID TRANSIT COMPANY, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, and order discontinuing the action reinstated. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

VIVIEN ELLIS REILLY, Appellant, v. EDWARD JAY REILLY, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

VIVIEN ELLIS REILLY, Appellant, v. EDWARD JAY REILLY, Respondent.— Appeal dismissed, without costs, in view of the fact that the court has reached the conclusion that the order decreasing the alimony should be reversed. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

VIVIEN ELLIS REILLY, Respondent, v. EDWARD JAY REILLY, Appellant.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — CLARKE, P. J., Dowling, Finch, McAvoy and Martin, JJ.

VIVIEN ELLIS REILLY, Respondent, v. EDWARD JAY REILLY, Appellant.— Order reversed and motion denied. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

ANNA LAMBERT, Respondent, v. LOUIS COHEN and Another, Appellants.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

MEYER LAMBERT, Respondent, v. LOUIS COHEN and Another, Appellants.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

JACOB PALEY, Respondent, v. ALEX LEITMAN, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

HENRY DIXON, Respondent, v. COLUMBIA AMUSEMENT COMPANY, Appellant.— Order so far as appealed from modified as indicated in order. and as so modified affirmed, with ten dollars costs and disbursements to the appellant. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

JOSEPH J. LYNCH, Respondent, v. WILLIAMS SEALING CORPORATION, Appellant.— Order affirmed, with ten dollars costs and disbursements. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.